**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL ANTHONY GODINEZ, as special administrator for the estate of Michael O. Godinez, deceased,<br><br>                            Plaintiff,<br><br>v.<br><br>TRAVON DONE, and the VILLAGE OF SAUK VILLAGE, an Illinois municipal corporation,<br><br>                            Defendants. | Court No.: 24-cv-04317<br><br>Honorable Manish S. Shah |

**JOINT STATUS REPORT ON SUGGESTED BRIEFING SCHEDULE FOR PENDING MOTION TO DISMISS**

Plaintiff and Defendants, by and through counsel of record, jointly present this status report regarding the pending motion to dismiss filed in this case and state as follows:

1. On May 24, 2024, Plaintiff filed his Complaint which contains one count of alleged civil rights violations under 42 U.S.C. § 1983 and three state law counts against Defendant Travon Done ("Done"). ECF Dkt. No. 1.

2. Plaintiff also brings one count of *respondeat superior* and indemnification against Defendant Sauk Village (the "Village"). *Id.*

3. On September 9, 2024, the Village brought a Partial Motion to Dismiss Plaintiff's Complaint. ECF Dkt. No. 11

4. On November 19, 2024, this Court ordered the parties to file a status report by December 10, 2024 with a proposed briefing schedule on any pending motions to dismiss. ECF Dkt. No. 27.

1

5. On December 9, 2024, Done filed an answer to Plaintiff's Complaint along with affirmative defenses. ECF Dkt. No. 36.

6. The only pending motion to dismiss before this Court is the one filed by the Village. ECF Dkt. No. 11.

7. The parties propose that Plaintiff has until January 21, 2025 to respond to the Village's Partial Motion to Dismiss.

8. The parties also propose that the Village have until February 4, 2025 to file its Reply in support of its Partial Motion to Dismiss.

Respectfully submitted

/s/ *Mitchell R. Paglia*
**MITCHELL R. PAGLIA**

Matthew A. Hurd (ARDC # 6191532)
Mitchell R. Paglia (ARDC # 6321248)
Ancel Glink, P.C.
140 South Dearborn Street, Suite 600
Chicago, Illinois 60603
(312) 782-7606
mhurd@ancelglink.com
mpaglia@ancelglink.com
***Attorneys for Defendant Sauk Village***

/s/ *David L. King*
**DAVID L. KING**

David L. King (ARDC # 3128899)
M. Kellet McConville (ARDC # 6290167)
Kelly & King, P.C.
19 South LaSalle Street, Suite 1000
Chicago, Illinois 60603
(312) 553-5290
dlk@kellykinglaw.com
mkm@kellykinglaw.com
***Two of Plaintiff's Attorneys***

/s/ *Sean M. Sullivan*
**SEAN M. SULLIVAN**

K. Austin Zimmer (ARDC # 6276227)
Sean M. Hoffman (ARDC # 6315418)
Sean M. Sullivan (ARDC # 6204611)
Del Galdo Law Group, LLC.
1441 South Harlem Avenue
Berwyn, Illinois 60402
(708) 222-7000
zimmer@dlglawgroup.com
hoffman@dlglawgroup.com
sullivan@dlglawgroup.com
***Attorneys for Defendant Travon Done***