**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Michael Anthony Godinez
                              Plaintiff,

v.                                                     Case No.: 1:24−cv−04317
                                                             Honorable Manish S. Shah

Village of Sauk Village, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 10, 2025:

      MINUTE entry before the Honorable Manish S. Shah: The motion for extension of time [51] is granted, and no appearance is necessary. The village's answer to the complaint is due 3/28/25. The parties' status report remains due 3/12/25. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.