# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL ANTHONY GODINEZ, as special administrator for the estate of Michael O. Godinez, deceased, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No.: 24-cv-04317<br>) |
| TRAVON DONE, and the VILLAGE OF SAUK VILLAGE, an Illinois municipal corporation, | ) Honorable Manish S. Shah<br>)<br>) |
| Defendants. | )<br>) |

## JOINT STATUS REPORT ON DISCOVERY PROGRESS

In accordance with the Court's Minute Order dated November 19, 2024 (ECF Dkt. No. 27), the parties submit the following Joint Status Report on Discovery Progress.

**A.     Status**

On March 10, 2025, the Court granted Defendant Village of Sauk Village's motion for extension of time and the Village's answer to the complaint is now due on March 28, 2025 (ECF Dkt. No. 53).

Plaintiff and Defendant Done have issued subpoenas to various law enforcement agencies, the state's attorney, treaters, and the coroner's office.  In response to the subpoenas, the parties have received a voluminous amount of records and media.  More specifically, over 55 hours of audio and video was received that includes squad video, bodycam video, police interview videos, security camera videos, and cell phone videos.  Respondents to the subpoenas have also produced approximately 1,000 pages of records and media such as law enforcement and investigation reports from multiple agencies, witness interviews, forensic and lab reports, autopsy report and photos, and scene photos.

As relevant cell phone numbers and carriers are identified for Defendant Done and witnesses to the shooting, the parties anticipate issuing subpoenas for cell phone carrier records.  The parties also expect to issue subpoenas to witnesses for photos, videos, and communications (messages, texts, emails) relating to the events surrounding the shooting.  The parties generally anticipate that they will continue to issue additional records subpoenas as discovery progresses.

Plaintiff issued written discovery to Defendants on December 20, 2024.  Defendant Done issued written discovery to Plaintiff on March 10, 2025.  After Defendants have answered

Plaintiff's written discovery requests, Plaintiff anticipates entering an agreed e-discovery protocol with Defendant Done regarding his electronic devices, social media and communications accounts. This may include forensic imaging of Defendant Done's cell phone, electronic devices, social media and electronic communications accounts.

      The parties have identified key witnesses to depose who are identified in police reports. Some of those witnesses provided statements to law enforcement and some were not interviewed by law enforcement. The parties expect an initial round of depositions involving 5-8 fact witnesses after Defendants have answered Plaintiff's discovery requests. Defendant Done's deposition will be taken after written discovery and e-discovery is complete.

Respectfully submitted,

/s/ Gregory T. Condon
One of Plaintiff's Attorneys

Gregory T. Condon (ARDC # 6196520)
Condon Law Firm
322 W. Burlington Ave.
La Grange, IL 60525-2363
(708) 601-0063
gcondon@condonlawyers.com


/s/ Mitchell R. Paglia
One of Defendant Sauk Village's Attorneys

Mitchell Paglia (ARDC # 6321248)
Ancel Glink, P.C.
140 South Dearborn, Suite 600
Chicago, Illinois 60603
(312) 782-7606
mpaglia@ancelglink.com


/s/ Sean M. Sullivan
One of Defendant Done's Attorneys

Sean M. Sullivan (ARDC # 6204611)
Del Galdo Law Group, LLC
1441 S. Harlem Ave.
Berwyn, IL 60402
(708) 222-7000
sullivan@dlglawgroup.com