IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL ANTHONY GODINEZ, as special administrator for the estate of Michael O. Godinez, deceased,<br><br>                       Plaintiff,<br><br>v.<br><br>TRAVON DONE, and the VILLAGE OF SAUK VILLAGE, an Illinois municipal corporation,<br><br>                       Defendants. | Court No.: 24-cv-04317<br><br>Honorable Manish S. Shah |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE AS COUNSEL OF RECORD**

      NOW COMES Matthew A. Hurd and Mitchell R. Paglia of Ancel Glink, P.C., attorneys of record for Defendant, Village of Sauk Village, and hereby move this Court for leave to withdraw as counsel for Defendant, Village of Sauk Village, a municipal corporation, in this matter, pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, and for the reasons stated below:

      1.      On or about July 18, 2024, undersigned counsel filed appearances for the Village of Sauk Village.

      2.      Since that time the attorney-client relationship between counsel and the Village of Sauk Village has broken down such that counsel can no longer represent the Village of Sauk Village. Issues regarding representation, communication and respect have made the professional relationship irreconcilable.

      3.      No party will be prejudiced by granting this Motion.

      4.      The granting of this Motion should not cause any delay in this matter. An initial

order containing an address to which notices or documents are to be sent.

5. The defendants' last known address is 21801 Torrence Avenue, Sauk Village, Illinois 60411.

6. By this Motion, a copy of which was provided to the VILLAGE OF SAUK VILLAGE. A copy of this Motion is also being served on the VILLAGE OF SAUK VILLAGE's corporation counsel.

7. Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, a Notification of Party Contact Information is being filed concurrently with this Motion.

WHEREFORE, ANCEL GLINK, P.C., moves this Court for an order granting its Motion for Leave to Withdraw its Appearance for Defendants MICHAEL MYERS and the VILLAGE OF SAUK VILLAGE.

Dated: June 16, 2025

Respectfully Submitted,

VILLAGE OF SAUK VILLAGE

By: /s/ *Matthew A. Hurd*
One of the Attorneys for Defendant Village of Sauk Village

By: /s/ *Mitchell R. Paglia*
One of the Attorneys for Defendant Village of Sauk Village

Matthew A. Hurd / ARDC #6191532
Mitchell R. Paglia ARDC #6321248
**ANCEL GLINK, P.C.**
140 S. Dearborn Street, 6th Floor
Chicago, Illinois 60603
Ph: (312) 782-7606 / Fax: (312) 782-0943
mhurd@ancelglink.com
mpaglia@ancelglink.com
*Attorney for Defendant, Village of Sauk Village*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, I electronically filed the foregoing **MOTION FOR LEAVE TO WITHDRAW APPEARANCE AS COUNSEL OF RECORD** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

| | |
|---|---|
| David L. King | dlk@kellykinglaw.com |
| Paul E. Kelly | pek@kellykinglaw.com |
| Katherine Haussermann | kh@kellykinglaw.com |
| Jonathon Treat | treatlaw@gmail.com |
| Gregory T. Condon | gcondon@condonlawyers.com |
| K. Austin Zimmer | zimmer@dlglawgroup.com |
| Sean M. Sullivan | sullivan@dlglawgroup.com |
| Sean M. Hoffman | hoffman@dlglawgroup.com |
| Acacia K. Roberts | roberts@dlglawgroup.com |

and emailed a copy to the parties below before 5:00 p.m. on June 16, 2025:

Michael J. McGrath
OMFM
3318 W. 95th St.
Evergreen Park, IL 60805
mmcgrath@omfmlaw.com
kcarey@omfmlaw.com

Village of Sauk Village
c/o Debra Williams, Village Clerk
c/o Marva Campbell-Pruitt, Mayor
21701 Torrence Ave.
Sauk Village, IL 60411
Mcampbell-pruitt@saukvillage.org
dwilliams@saukvillage.org

/s/ *Matthew A. Hurd*
MATTHEW A. HURD / ARDC# 6191532
ANCEL GLINK, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
Telephone: (312) 782-7606
Facsimile: (312) 782-0943
E-Mail: mhurd@ancelglink.com