# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Michael Anthony Godinez
                               Plaintiff,

v.                                                 Case No.: 1:24–cv–04317
                                                       Honorable Manish S. Shah

Village of Sauk Village, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2025:

      MINUTE entry before the Honorable Manish S. Shah: Notice of motion hearing held on 6/17/2025. Del Galdo Law Group's motion to withdraw pursuant to Local Rule 83.17 [57] is granted. Ancel Glink's motion for leave to withdraw appearance as counsel of record [61] is granted. No appearance on 6/24/25 is necessary. The clerk shall terminate the appearances of counsel for defendants. If new counsel for defendants does not enter an appearance by 7/9/2025, a status hearing will be set. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.